IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V. | § | CASE NO. 2:98CR18(DF-CE) |
| CHRISTOPHER TAYLOR | § | |

**MEMORANDUM OPINION & ORDER**

The above-entitled and numbered criminal action was heretofore referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636. The report of the Magistrate Judge which contains his proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. No objections to the Report and Recommendation were filed. The court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the court hereby adopts the report of the United States Magistrate Judge as the findings and conclusions of this court. Accordingly, the court finds that the defendant violated his conditions or release, it is hereby

**ORDERED** that the defendant's supervised release be **REVOKED**. It is further

**ORDERED** that the defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of 18 months, with no term of supervised release to follow such term of imprisonment.

SIGNED this 1st day of February, 2008.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE